## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PAMELA HAMILTON, ) | |
| ) | Case No.: 4:23-cv-78 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF REMOVAL** |
| LENDINGUSA, LLC and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| ) | |
| *Defendants*. ) | |

Defendant LendingUSA, LLC ("LUSA"), by and through its undersigned counsel, hereby provides its Notice to Remove an action pending against it in the Jefferson Superior Court of the State of Indiana, County of Jefferson to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The grounds for removal are as follows:

**I.  Defendant has met the procedural requirements for removal.**

1. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other documents filed in the state court action are attached, collectively, as Exhibit A.

2. On or about April 3, 2023, Plaintiff Pamela Hamilton ("Plaintiff") filed a Complaint in the Jefferson Superior Court of the State of Indiana, County of Jefferson, styled *Pamela Hamilton v. LendingUSA, LLC and Equifax Information Services, LLC*, Case No. 39D01-2304-PL-000304.

3. The complaint alleges two claims against LUSA for violations of the Fair Credit Reporting Act: that (i) LUSA failed to complete an investigation of Plaintiff's written dispute and provide the results of an invitation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b); and (ii) LUSA failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

4. LUSA received a copy of the complaint on April 11, 2023.

5. Section 1446(b)(1) requires a notice of removal be filed within 30 days of the service of a complaint upon the defendants, here by May 11, 2023. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (30-day time limit for removal runs from date of formal service of the initial complaint). Accordingly, this Notice is timely filed.

6. The United States District Court for the Southern District of Indiana includes Jefferson County, the place in which the state court action is pending. It is, therefore, a proper forum for removal. 28 U.S.C. §§ 94(b), 1441(a).

7. Counsel for LUSA has conferred with Counsel for Equifax Information Solutions, LLC who consents to this removal.

8. A copy of this Notice of Removal is being served on Plaintiff and Defendant Equifax Information Solutions, LLC, and a copy is being filed with the state court. 28 U.S.C. § 1446(d).

9. If any questions arise about this removal, LUSA respectfully requests the opportunity to present briefing and oral argument in support of removal.

## II. Removal is proper because this court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441.

10. A defendant may remove an action from state court to federal court if the action could have been originally brought in federal court. 28 U.S.C. § 1441(a). Here, federal jurisdiction exists based on federal question. Plaintiff brings claims for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b). Thus, this is a civil action arising under the laws of the United States. 28 U.S.C. § 1331.

WHEREFORE, Notice is given that this action is removed from the Jefferson Superior Court of the State of Indiana, County of Jefferson to the United States District Court for the Southern District of Indiana.

Dated this 10th day of May 2023.

                         **MESSER STRICKLER BURNETTE**

                         /s/  *Stephanie A. Strickler*
                         *Attorneys for Defendant LendingUSA*
                         Stephanie Strickler (IL6314089)
                         Messer Strickler Burnette
                         142 W. Station Street
                         Barrington, IL 60016
                         Telephone: (312) 344-3465
                         sstrickler@messerstrickler.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 10th day of May 2023, a true and correct copy of the foregoing document was served upon the following via electronic and U.S. mail, postage prepaid:

Diana C. Bauer
429 E. Dupont Road #175
Fort Wayne, IN 46825
(260) 414-5582
dianabauerlegal@gmail.com

Neil R. Peluchette
One Indiana Square, Suite 3500
Indianapolis, IN 46204
NPeluchette@taftlaw.com
*Counsel for Equifax Information Services, LLC*

                         /s/ *Stephanie A. Strickler*
                         Stephanie A. Strickler